POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Robert H. Bohn, 36283 <br> Bohn & Bohn LLP <br> 152 N 3RD ST <br> SAN JOSE, CA 95112-5542 <br> TELEPHONE NO.: (408) 279-4222 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 280 S. First St. #2112 <br> San Jose, CA 95113-3008 | |
| PLAINTIFF/PETITIONER: Craig <br> DEFENDANT/RESPONDENT: Adspace Networks, Inc. | CASE NUMBER: <br> C 08-01873 RS |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Scheduling Order, Complaint

**BY FAX**

3. a. Party served: AdSpace Networks, Inc.

   b. Person Served: National Registered Agents, Inc.-Dena La Porta - Person authorized to accept service of process

4. Address where the party was served: 2030 Main Street Suite 1030
   Irvine, CA 92614

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): April 15, 2008     (2) at (time): 3:20 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   AdSpace Networks, Inc.

   under:    CCP 416.10 (corporation)

7. Person who served papers
   a. Name:        Edward Kusinsky
   b. Address:    One Legal - 194-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 64.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 1826
         (iii) County ORANGE

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: April 16, 2008

Edward Kusinsky                                              *Edward Kusinsky*
(NAME OF PERSON WHO SERVED PAPERS)                           (SIGNATURE)

Form Adopted for Mandatory Use                                                    Code of Civil Procedure, § 417.10
Judicial Council of California POS-010
[Rev. Jan 1, 2007]                    PROOF OF SERVICE OF SUMMONS

FF# 6660735