**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**\*E-FILED\***
**July 8, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CRAIG,                              No. C 08-01873  RS

         Plaintiff,                    **CLERK'S NOTICE**

v.

ADSPACE NETWORKS, INC.,

         Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      Due to the unavailability of the Court, the case management conference in the above-
captioned matter currently set for July 30, 2008 at 2:30 p.m. has been continued to **August 6, 2008**
**at 2:30 p.m.**  The Conference will be conducted telephonically.   No later than Friday, August 1,
2008, the parties shall contact Court Conference at 866/582-6878 to arrange participation by
telephone.

      The parties shall make a determination regarding the issue of consent to the jurisdiction of
the Magistrate Judge and file the appropriate form no later than **July 30, 2008**.

Dated:  July 8, 2008

                                     For the Court,
                                     RICHARD W. WEIKING, Clerk

                                   By:    /s/ Martha Parker Brown
                                       Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT THIS NOTICE WAS DELIVERED TO:**

Robert Herbert Bohn Snr.    bbohn@bohnlaw.com, cindym@bohnlaw.com, jodie@bohnlaw.com, tvogt@bohnlaw.com

Angela Marie Duerden        duerdena@jacksonlewis.com

Robert David Vogel          Vogelr@jacksonlewis.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.