| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name & Address):<br>Ram Fletcher, Esq.<br>152 N. Third Street, Suite 200<br>San Jose, CA 95112<br><br>Telephone No.: 408-279-4222    Fax No. (Optional): 408-295-2222<br>E-Mail Address (Optional):<br>ATTORNEY FOR (Name): Plaintiff, Susan Willis    Bar No: 240740 | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
☒ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701-4512
☐ Harbor-Laguna Hills Facility – 23141 Moulton Pkwy., Laguna Hills, CA 92653-1251
☐ Harbor – Newport Beach Facility – 4601 Jamboree Rd., Newport Beach, CA 92660-2595
☐ North – 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500
☐ West – 8141 13th Street, Westminster, CA 92683-0500

**PLAINTIFF/PETITIONER:** Plaintiff, Susan Willis

**DEFENDANT/RESPONDENT:** Defendant, T-Bird Restaurant, et al.

| ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION | CASE NUMBER:<br>01-102384 |
|---|---|

Plaintiff(s)/Petitioner(s), Susan Willis

and defendant(s)/respondent(s), T-Bird Restaurant Group, Inc. dba Outback Steakhouse;
Chapman Restaurants

agree to the following dispute resolution process:

☒ Mediation

☐ Arbitration (must specify code)
    ☐ Under section 1141.11 of the Code of Civil Procedure
    ☐ Under section 1280 of the Code of Civil Procedure

☐ Neutral Case Evaluation

☐ Other (specify): _____

The ADR process must be completed no later than 90 days after the date of this Stipulation.

☒ Plaintiff(s)/Petitioner(s) and defendant(s)/respondent(s) further agree as follows:

    Mediation will be completed by October 30, 2008

☐ The ADR Neutral Selection and Party List is attached to this Stipulation.

We understand that there may be a charge for services provided by neutrals. We understand that participating in an ADR process does not extend the time periods specified in California Rules of Court rule 3.720 et seq.

Date: April 11, 2008    _(signature)_    _____
                (SIGNATURE OF PLAINTIFF OR ATTORNEY)    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

Date: April 15, 2008    _(signature)_    _____
                (SIGNATURE OF DEFENDANT OR ATTORNEY)    (SIGNATURE OF DEFENDANT OR ATTORNEY)

**ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION**

Approved for Optional Use
1270 (Rev February, 2008)                                         California Rules of Court, rule 3.221

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name & Address):<br>Ram Fletcher, Esq.<br>152 N. Third Street, Suite 200<br>San Jose, CA 95112<br>Telephone No.: 408-279-4222  Fax No. (Optional): 408-295-2222<br>E-Mail Address (Optional):<br>ATTORNEY FOR (Name): Plaintiff, Susan Willis  Bar No: 240740 | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>JUSTICE CENTER:<br>☑ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045<br>☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701-4512<br>☐ Harbor-Laguna Hills Facility – 23141 Moulton Pkwy., Laguna Hills, CA 92653-1251<br>☐ Harbor – Newport Beach Facility – 4601 Jamboree Rd., Newport Beach, CA 92660-2595<br>☐ North – 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500<br>☐ West – 8141 13th Street, Westminster, CA 92683-0500 | |
| PLAINTIFF/PETITIONER: Plaintiff, Susan Willis<br>DEFENDANT/RESPONDENT: Defendant, T-Bird Restaurant, et al. | |
| **ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION** | CASE NUMBER:<br>01-102384 |

Plaintiff(s)/Petitioner(s), Susan Willis

and defendant(s)/respondent(s), T-Bird Restaurant Group, Inc. dba Outback Steakhouse;

Chapman Restaurants

agree to the following dispute resolution process:

☑ Mediation

☐ Arbitration (must specify code)
    ☐ Under section 1141.11 of the Code of Civil Procedure
    ☐ Under section 1280 of the Code of Civil Procedure

☐ Neutral Case Evaluation

☐ Other (specify): _____

The ADR process must be completed no later than 90 days after the date of this Stipulation.

☑ Plaintiff(s)/Petitioner(s) and defendant(s)/respondent(s) further agree as follows:

    Mediation will be completed by October 30, 2008

☐ The ADR Neutral Selection and Party List is attached to this Stipulation.

We understand that there may be a charge for services provided by neutrals. We understand that participating in an ADR process does not extend the time periods specified in California Rules of Court rule 3.720 et seq.

Date: April 11, 2008
    (SIGNATURE OF PLAINTIFF OR ATTORNEY)    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

Date: April ___, 2008
    (SIGNATURE OF DEFENDANT OR ATTORNEY)    (SIGNATURE OF DEFENDANT OR ATTORNEY)

**ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION**

Approved for Optional Use
L1270 (Rev February, 2008)
    California Rules of Court, rule 3.221