**BOHN & BOHN** LLP
ROBERT H. BOHN, ESQ. - State Bar #36283
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| MICHAEL CRAIG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADSPACE NETWORKS, INC.,<br><br>　　　　Defendants.<br>_____/ | Case No. C 08-01873 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　　The parties jointly seek to continue the Case Management Conference scheduled for August 15, 2008, at 2:30 P.M., due to plaintiff counsel's unavailability. Plaintiff's counsel has a pre-planned, pre-paid vacation in Southern California.

　　　IT IS HEREBY STIPULATED by the plaintiff MICHAEL CRAIG and Defendant ADSPACE NETWORKS, INC., through their counsel of record, to continue the August 15, 2008 Case Management Conference to a date convenient to the Court (counsel are available August 22, 2008 at 2:30 P.M.).

///
///
///
///
///
///

---

Craig v. Adspace Networks, Inc.
Stipulation and [Proposed] Order to Continue Case Management Conference      1

Dated: August 5, 2008

BOHN & BOHN LLP

BY: ROBERT H. BOHN
Attorneys for Plaintiff
MICHAEL CRAIG

Dated: August 5, 2008

JACKSON LEWIS LLP

BY: ANGELA M. DUERDEN, ESQ.
Attorneys for Defendant
ADSPACE NETWORKS, INC.

## ORDER

In consideration of the stipulation signed by the parties and good cause appearing, it is hereby ordered that:

The August 15, 2008, Case Management Conference is continued to August 22, 2008, at 2:30 P.M., in Courtroom 3.

**IT IS SO ORDERED.**

Dated: _____, 2008

HONORABLE JEREMY FOGEL