**E-filed 8/8/08**

1  **BOHN & BOHN LLP**
   ROBERT H. BOHN, ESQ. - State Bar #36283
2  152 North Third Street, Suite 200
   San Jose, California 95112
3  Telephone: (408) 279-4222
   Fax No.: (408) 295-2222
4

5  Attorneys for Plaintiff

6

7  UNITED STATES DISTRICT COURT

8  IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  SAN JOSE

10 MICHAEL CRAIG,                          Case No. C 08-01873 JF
11        Plaintiff,
12                                         **STIPULATION AND [PROPOSED]**
       v.                                  **ORDER TO CONTINUE CASE**
13                                         **MANAGEMENT CONFERENCE**
   ADSPACE NETWORKS, INC.,
14
          Defendants.
15 _____/

16     The parties jointly seek to continue the Case Management Conference scheduled for August
17 15, 2008, at 2:30 P.M., due to plaintiff counsel's unavailability. Plaintiff's counsel has a pre-
18 planned, pre-paid vacation in Southern California.
19     IT IS HEREBY STIPULATED by the plaintiff MICHAEL CRAIG and Defendant
20 ADSPACE NETWORKS, INC., through their counsel of record, to continue the August 15, 2008
21 Case Management Conference to a date convenient to the Court (counsel are available August 22,
22 2008 at ~~2:30 P.M.~~ 10:30 AM.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Craig v. Adspace Networks, Inc.
Stipulation and [Proposed] Order to Continue Case Management Conference                     1

| | | |
|---|---|---|
| 1 | Dated: August 5, 2008 | BOHN & BOHN LLP |
| 2 | | |
| 3 | | *[signature]* |
| | | BY: ROBERT H. BOHN |
| 4 | | Attorneys for Plaintiff |
| | | MICHAEL CRAIG |
| 5 | | |
| 6 | Dated: August 5, 2008 | JACKSON LEWIS LLP |
| 7 | | *[signature]* |
| 8 | | BY: ANGELA M. DUERDEN, ESQ. |
| 9 | | Attorneys for Defendant |
| | | ADSPACE NETWORKS, INC. |

**ORDER**

In consideration of the stipulation signed by the parties and good cause appearing, it is hereby ordered that:

The August 15, 2008, Case Management Conference is continued to August 22, 2008, at ~~2:30~~ 10:30 AM. ~~P.M.~~, in Courtroom 3.

**IT IS SO ORDERED.**

Dated: __8/8__, 2008

*[signature]*
HONORABLE JEREMY FOGEL