Cynthia L. Filla (Bar No. 184638)
Angela M. Duerden (State Bar No. 211443)
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
Email: FillaC@jacksonlewis
Email: DuerdenA@jacksonlewis.com

Attorneys for Defendant
ADSPACE NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL CRAIG<br><br>    Plaintiff,<br><br>vs.<br><br>ADSPACE NETWORKS, INC., a corporation<br><br>    Defendants. | CASE NO.: C08 01873JF<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Complaint Filed: April 8, 2008 |

**TO THE ABOVE-ENTITLED COURT AND ALL PARTIES HEREIN:**

**PLEASE TAKE NOTICE THAT** Robert D. Vogel of Jackson Lewis LLP no longer represents Defendant ADSPACE NETWORKS, INC., ("Defendant") in the above-captioned matter. Cynthia L. Filla of Jackson Lewis LLP has substituted in as lead counsel. Please remove Mr. Vogel's name and e-mail address from all future service lists.

Dated: August 19, 2008

JACKSON LEWIS LLP

By: _____
Cynthia L. Filla
Angela M. Duerden

Attorneys for Defendant
ADSPACE NETWORKS, INC.

CASE NO.: C08 01873JF      1      NOTICE OF CHANGE IN COUNSEL