UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, August 22, 2008
**Case Number:** CV-08-1873-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | **MICHALE CRAIG  V.  ADSPACE NETWORKS, INC.** | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | Attorneys Present: Robert Bohn | Attorneys Present: Angela Duerden |

---

PROCEEDINGS:

   Case management conference held.   Counsel are present.  The Court adopts the proposed
case schedule.  The case is set for jury trial on 8/24/09 at 1:30 p.m., pretrial conference on 7/22/09
at 11:00 a.m., and status conference on 11/21/08 at 10:30 a.m.  Court mediation to be completed
11/21/08.